**FILED**

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0509

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0509**

::::::::::::::::::::::::::::::::::::::::::::::::::::::

ROBERT WINKOWITSCH

|  |  |
|---|---|
| Appellee, | **ORDER GRANTING MOTION** |
| -vs- | **FOR EXTENSION OF TIME FOR** |
|  | **FILING TRANSCRIPTS ON** |
| GLACIER ELECTRIC | **APPEAL** |
| COOPERATIVE, INC., |  |
|  |  |
| Appellant. |  |

::::::::::::::::::::::::::::::::::::::::::::::::::::

Pursuant to the Appellant's Rule 9(4) M.R.App.P. Motion for Extension of Time for Filing Transcripts on Appeal, as accompanied by the Declaration of Court Reporter Josie Loney setting forth in detail why the transcript has not been provided and why the additional time sought is needed, and good cause appearing, the Appellant and Court Reporter are given an extension of time until March 1, 2023, to serve and file the transcripts request on appeal herein.

DATED this _____ day of January, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2023